1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

11   HENRY CARDENAS PONCE,                    Case No. EDCV 19-00751-DMG-MAA
12                        Petitioner,
                                              **ORDER ACCEPTING FINDINGS
13        v.                                  AND RECOMMENDATIONS OF
                                              UNITED STATES MAGISTRATE
14   LAURA ELDRIDGE, Warden,                  JUDGE**
15                        Respondent.
16
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

19   records on file herein, and the Report and Recommendation of the United States

20   Magistrate Judge ("R&R," Doc. # 9).

21        The Court also has reviewed Petitioner's objections to the Report and

22   Recommendation.  ("Objections," Doc. # 10.)  As required by Federal Rule of Civil

23   Procedure 72(b)(3), the Court has engaged in a *de novo* review of the portions of

24   the Report and Recommendation to which Petitioner specifically has objected.

25        Petitioner argues the merits of his claims and recounts the circumstances of

26   his custody.  (Objections at 2-4.)  The Magistrate Judge recommended, however,

27   dismissal of the Petition as untimely.  (*See* R&R at 21.)  In the Objections,

28   Petitioner concedes "he has failed to file his claims in a timely manner."

1 | (Objections at 4.)  The Objections do not present a basis for statutory or equitable

2 | tolling that would cure the Petition of its untimeliness.  (*See id.* at 2-4.)  Thus, the

3 | Court need not reach the merits of Petitioner's claims.  *See White v. Klitzkie*, 281

4 | F.3d 920, 921-22 (9th Cir. 2002).

5 |        Petitioner quotes an unidentified authority detailing the provenance of a

6 | "constructive filing" rule with respect to notices of appeal.  (Objections at 6.)  The

7 | quoted authority appears to be an excerpt from *People v. Rivera*, 226 Cal. App. 4th

8 | 1145, 1150 (2014).  This state-court decision regarding notices of appeal has no

9 | bearing on the Rules Governing Section 2254 Cases in the United States District

10 | Courts, the procedural rules governing habeas proceedings in the federal courts.

11 | Nevertheless, the federal "mailbox rule" provides that a federal habeas petition is

12 | constructively filed on the date a prisoner hands the petition over to prison

13 | authorities for mailing.  *See Campbell v. Henry*, 614 F.3d 1056, 1058-59 (9th Cir.

14 | 2010); *accord* Rule 3(d) of the Rules Governing Section 2254 Cases in the United

15 | States District Courts.  As discussed in the R&R, the Court deemed the Petition to

16 | have been constructively filed on the date it was presented for mailing.  (*See* R&R

17 | at 3.)  Even so, the Petition is untimely.

18 |        The Court concurs with and accepts the findings, conclusions, and

19 | recommendations of the United States Magistrate Judge, and overrules the

20 | Objections.

21 |        IT IS THEREFORE ORDERED that (1) the Report and Recommendation of

22 | the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered

23 | denying the Petition and dismissing this action with prejudice.

24 |

25 | DATED:  April 16, 2020

26 |

27 | DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

28 |