JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CARDENAS PONCE,<br><br>                    Petitioner,<br><br>          v.<br><br>LAURA ELDRIDGE, Warden,<br><br>                    Respondent. | Case No. EDCV 19-00751-DMG-MAA<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is DENIED and the action is dismissed with prejudice.

DATED:  April 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE